UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN MORRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 21-cv-06270-RS<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Plaintiff Lilian Morris filed a "Motion to Object the Case Dismissal By Operation [of] Misinformation and Enforcing the Fact" following the dismissal of her complaint with prejudice. Construing her filing as a motion for leave to file a motion for reconsideration under Civil Local Rule 7-9, the motion is denied. Plaintiff has failed to establish any of the three prerequisites for seeking reconsideration outlined in Civil Local Rule 7-9(b). No further motions for reconsideration will be considered.

**IT IS SO ORDERED**.

Dated: June 9, 2022

RICHARD SEEBORG
Chief United States District Judge